UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-MJ-1021-KS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **ORDER OF DISMISSAL** |
| v. | ) |
| | ) |
| JAIQUEZ MARKEZ EBRON | ) |
| | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Complaint in this case without prejudice. The defendant has been arrested and will be prosecuted in North Carolina state court.

Respectfully submitted this 12th day of June 2025.

        DANIEL P. BUBAR
        Acting United States Attorney

        BY: /s/ Kimberly N. Dixon
        KIMBERLY N. DIXON
        Assistant United States Attorney
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4805
        Email: kimberly.dixon@usdoj.gov
        NC Bar No: 49164

Leave of Court is granted for the filing of the foregoing dismissal.

Date: 6/12/2025

        KIMBERLY A. SWANK
        United States Magistrate Judge